UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**DEANDRE SOANNE IRVIN**,

Defendant.

Case No. 14-cr-00079-YGR-1

**ORDER SETTING EVIDENTIARY HEARING**

In light of the argument on the record at the December 3, 2015 hearing in the above-captioned matter, the Court will hear testimony on the nature of the safety concerns referenced by the Berkeley Fire Department as they relate to the firearms at issue. The Court **SETS** a hearing regarding the same for **January 8, 2016** at **10 a.m.** Further, the parties shall identify any legal authority for their respective positions that the Court's analysis on whether the recovery of the firearms was inevitable pursuant to a probation search should be based upon: (1) a hypothetical analysis; or (ii) those actions actually taken by the police. Those briefs shall contain only citations, not legal argument, and shall be filed by **December 18, 2015**.

**IT IS SO ORDERED.**

Dated: December 4, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**