UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14-0079 YGR |
| Plaintiff, | )<br>)<br>) | [~~PROPOSED~~] **FINAL ORDER OF FORFEITURE** |
| v. | ) | |
| DEANDRE SOANNE IRVIN, | )<br>) | |
| Defendant. | )<br>) | |

On April 29, 2016, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a.  a .40 caliber Glock 23 pistol, bearing serial number SBG394;

    b.  eleven rounds of DRT .40 caliber ammunition;

    c.  one round of Winchester .40 caliber ammunition; and

    d.  seven rounds of Winchester 9mm ammunition,

1  pursuant to Title 18, United States Code, Section 924(d)(1).

2  　　　The United States represents that it has complied with the publication notice requirements of the
3  Preliminary Order and that no petitions have been filed.

4  　　　**THEREFORE, IT IS HEREBY ORDERED** that the above-described property shall be
5  forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d)(1).  All right,
6  title, and interest in said property is vested in the United States of America.  The appropriate federal
7  agency shall dispose of the forfeited property according to law.

8  Dated:  September 7, 2016

9  　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
10 　　　　　　　　　　　　　　　　　　　　　United States District Judge